845

No. 82–7026. DOBBS ET UX. *v.* COBB E.N.T. ASSOCIATES, P.C., ET AL. Sup. Ct. Ga. Certiorari denied.

No. 82–7028. FRANKLIN *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 82–7031. ROBERTS *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 82–7032. NEWTOP *v.* LEE. Super. Ct. Cal., City and County of San Francisco. Certiorari denied.

No. 82–7033. PANTER ET AL. *v.* MILLER ET AL. Ct. App. Ga. Certiorari denied.

No. 82–7034. EDWARDS *v.* PARKE, WARDEN, KENTUCKY STATE PENITENTIARY. C. A. 6th Cir. Certiorari denied.

No. 82–7035. CARAN *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 83–2. LEVENTHAL *v.* REISER ET AL. C. A. 1st Cir. Certiorari denied.

No. 83–5. POLSKIE LINIE LOTNICZE (LOT POLISH AIRLINES) *v.* ROBLES ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–7. KING ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 83–8. LEE *v.* NATIONAL CAN CORP. C. A. 7th Cir. Certiorari denied.

No. 83–10. PRESSROOM UNIONS-PRINTERS LEAGUE INCOME SECURITY FUND *v.* CONTINENTAL ASSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 83–11. JIMENA *v.* BOARD OF REVIEW OF THE UTAH INDUSTRIAL COMMISSION ET AL. Sup. Ct. Utah. Certiorari denied.

No. 83–12. BERGEN *v.* EDENFIELD, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF GEORGIA. C. A. 11th Cir. Certiorari denied.